IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. MORGAN, | No. 2:23-CV-1018-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ANISE ADAMS, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. <u>See</u> ECF No. 3. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

        The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

        IT IS SO ORDERED.

Dated: June 26, 2023

                                                                   DENNIS M. COTA
                                                                   UNITED STATES MAGISTRATE JUDGE