IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ANISE ADAMS, et al.,<br><br>        Defendants. | No.  2:23-CV-1018-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 20, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis. In addition, the Court has reviewed the Magistrate Judge's February 1, 2024 Order (ECF No. 9) which the Court finds is also supported by the record and the proper analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed March 20, 2024, ECF No. 10, are adopted in full.

2. Defendant Adams is dismissed for failure to state a claim upon which relief can be granted.

3. This action proceeds on Plaintiff's original complaint as to his Eighth Amendment claims against Defendants Fears and Casillas only.

4. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **June 7, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE