IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. MORGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>S. FEARS, et al.,<br><br>    Defendants. | No.  2:23-CV-1018-DJC-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's third motion for an extension of time to file an opposition to Defendants' motion to dismiss.  See ECF No. 23.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to cognitive problems related to Long Covid and difficulties following surgery on his dominant (right) hand in September 2024, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 23, is granted.

2. Plaintiff's opposition to Defendants' motion to dismiss is due within 30 days of the date of this order.

Dated: November 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE