1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. MORGAN, | No. 2:23-CV-1018-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. FEARS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's fifth motion for an extension of time to file an opposition to Defendants' motion to dismiss. See ECF No. 27. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to complete briefing on one final issue due to lingering pain in his right hand following surgery in September 2024, Plaintiff's motion will be granted. Given that Defendants' motion has been pending since June 7, 2024, further requests for an extension of time, however, will not be granted absent a showing of extraordinary reasons justifying additional time

/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 27, is granted.
2. Plaintiff's opposition to Defendants' motion to dismiss is due within 30 days of the date of this order.

Dated: January 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE