IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. MORGAN, | No. 2:23-CV-1018-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. FEARS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil action. On September 30, 2025, the District Judge denied Defendants' motion to dismiss Plaintiff's original complaint. See ECF No. 38. Accordingly, Defendants shall file an answer to Plaintiff's original complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: October 8, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1