IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER M. MORGAN,** | Case No. 2:23-cv-01018-DJC-DMC (PC) |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| **ANISE ADAMS, et al.,** | |
| Defendants. | |

Good cause appearing, the Second *Ex Parte* Application for Extension of Time to File Dispositional Documents filed by Defendants Casillas and Fears is **GRANTED**. The deadline to file dispositional documents is hereby extended by 37 days, up to and including April 3, 2026.

Dated:  March 30, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defendants' *Ex Parte* Application for Extension of Time
to File Dispositional Documents(Case No. 2:23-cv-01018-DJC-DMC (PC))